ROSE GANS v. LUCILLE U. KURTZ and Others.— Motion to dismiss appeal granted, with ten dollars costs. Present — Clarke, P. J., Laughlin, Dowling, Page and Merrell, JJ.

JOHN B. HYATT v. LAMBERT SUYDAM and Others, as Executors, etc.— Motion to dismiss appeal granted, with ten dollars costs. Present — Clarke, P. J., Laughlin, Dowling, Page and Merrell, JJ.

In the Matter of ROBERT J. GRAY, Deceased.— Motion to dismiss appeal denied, with ten dollars costs. Present — Clarke, P. J., Laughlin, Dowling, Page and Merrell, JJ.

LAWRENCE H. SANDERS v. WILLIAM ARCHER, as Administrator, etc.— Motion to dismiss appeal denied, with ten dollars costs. Present — Clarke, P. J., Laughlin, Dowling, Page and Merrell, JJ.

In the Matter of STEPHEN D. TACTKIAN, Deceased.— Motion to dismiss appeal granted, with ten dollars costs. Present — Clarke, P. J., Laughlin, Dowling, Page and Merrell, JJ.

BERNARD GORDON v. EMILY L. P. BEVINS.— Motion to dismiss appeal denied, with ten dollars costs. Present — Clarke, P. J., Laughlin, Dowling, Page and Merrell, JJ.

FEDERAL DOLL MANUFACTURING COMPANY v. SUNDEL HYMAN, Impleaded etc.— Motion to dismiss appeal denied, with ten dollars costs. Present — Clarke, P. J., Laughlin, Dowling, Page and Merrell, JJ.

SUSQUEHANNA STEAMSHIP COMPANY v. NATIONAL SURETY COMPANY and Others.— Motion to dismiss appeal granted, with ten dollars costs, unless appellants comply with terms stated in order. Present — Clarke, P. J., Laughlin, Dowling, Page and Merrell, JJ.

THE PEOPLE OF THE STATE OF NEW YORK v. ROBERT HANSEN.— Motion to dismiss appeal granted. Present — Clarke, P. J., Laughlin, Dowling, Page and Merrell, JJ.

SCHAFFER & PERLMAN v. SAMUEL GERST, INC.— Application denied, with ten dollars costs. Order signed. Present — Clarke, P. J., Laughlin, Dowling, Page and Merrell, JJ.

BERNICE LEVELTHAL v. JEROME A. JACOBS.—Applications denied, with ten dollars costs. Orders signed. Present — Clarke, P. J., Laughlin, Dowling, Page and Merrell, JJ.

EDNA E. FAIRWEATHER, as Administratrix, etc., v. JOHN L. SUTPHEN and Others.— Motion denied, with ten dollars costs. Present — Clarke, P. J., Laughlin, Dowling, Page and Merrell, JJ.

JOHN E. KING v. JOHN L. DUDLEY, JR.— Motion denied, with ten dollars costs. Present — Clarke, P. J., Laughlin, Dowling, Page and Merrell, JJ.

MOTOR CAR EQUIPMENT COMPANY v. CLIFFORD ABELES, Impleaded, etc. — Motion denied, with ten dollars costs. Present — Clarke, P. J., Laughlin, Dowling, Page and Merrell, JJ.

SARAH E. MACDONALD v. LOTON H. SLAWSON, Impleaded, etc.— Motion denied, with ten dollars costs. Present — Clarke, P. J., Laughlin, Dowling, Page and Merrell, JJ.